# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD HAYES,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, and ATTORNEY GENERAL FOR THE STATE OF NEBRASKA,<br><br>    Respondents. | 4:20CV3017<br><br>**ORDER** |

IT IS ORDERED that this case is dismissed without prejudice for failure to comply with the undersigned's memorandum and order, Filing no. 11.

Dated this 10th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge